Bk: 18312 Pg: 291

Total Pages:    2



Bk: 18312 Pg: 291  Page: 1 of 2
Doc: ASGT  08/24/2009 02:05 PM

Property Address:
28 SLADE AVENUE, ATTLEBORO,
MA, 02703

## CORPORATE ASSIGNMENT OF MORTGAGE

Bristol Northern District, Massachusetts
SELLER'S SERVICING #:0019735612 "CHRISTIE"

MERS #:                         VRU #: 1-888-679-6377

Date of Assignment: February 18th, 2009
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. at 3300 S.W. 34TH AVENUE, SUITE 101, OCALA, FL 34474
Assignee: AURORA LOAN SERVICES LLC at 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361

Executed By: MICHAEL CHRISTIE AND DIANNE SOLARES-CHRISTIE, HUSBAND AND WIFE
To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, A FEDERAL SAVINGS BANK
Date of Mortgage: 02/17/2005 Recorded: 03/07/2005 in Book/Reel/Liber: 14570 Page/Folio: 44 as Instrument No.: 12431 In Bristol Northern District, Massachusetts

Property Address: 28 SLADE AVENUE, ATTLEBORO, MA 02703

KNOW ALL MEN BY THESE PRESENTS that in consideration of the sum of TEN and NO/100ths DOLLARS and other good and valuable consideration, paid to the above named Assignor, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage together with the Note or other evidence of indebtedness (the "Note"), said Note having an original principal sum of $217,000.00 with interest, secured thereby, together with all moneys now owing or that may hereafter become due or owing in respect thereof, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's beneficial interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage and Note, and also the said property unto the said Assignee forever, subject to the terms contained in said Mortgage and Note.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
On February 18th, 2009

By: _____
JOANN REIN, Vice-President

Recording Requested By:
AURORA LOAN SERVICES
When Recorded Return To:

Bk: 18312 Pg: 292

CORPORATE ASSIGNMENT OF MORTGAGE Page 2 of 2

STATE OF Nebraska
COUNTY OF Scotts Bluff

ON February 18th, 2009, before me, DARLINE DIETZ, a Notary Public in and for the County of Scotts Bluff County, State of Nebraska, personally appeared JOANN REIN, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

*Darline Dietz*
DARLINE DIETZ
Notary Expires: 03/22/2010

GENERAL NOTARY-State of Nebraska
DARLINE DIETZ
My Comm. Exp. March 22, 2010

(This area for notarial seal)