When Recorded Return To:
Nationstar Mortgage LLC
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683



Bk: 21317 Pg: 273 Page: 1 of 1
Doc: ASGT 09/17/2013 12:22 PM
ATTEST:Barry J. Amaral, Register
Bristol County North Registry of Deeds

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, AURORA LOAN SERVICES LLC, WHOSE ADDRESS IS 350 Highland Dr., Lewisville, TX, 75067, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067 (469)549-2000.

Said Mortgage bearing the date 02/17/2005, made and executed by MICHAEL CHRISTIE AND DIANNE SOLARES-CHRISTIE, mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR LEHMAN BROTHERS BANK, FSB, mortgagee, and was recorded in the Office of the Register of Titles and County Recorder for BRISTOL NORTH County, Massachusetts, in Mortgage Book 14570, Page 44, and/or Document # 12431.

Property is commonly known as:28 SLADE AVENUE, ATTLEBORO, MA 02703.

IN WITNESS WHEREOF, the said has caused these present to be executed in its name by its Vice President of Loan Documentation on 9 / 10 /2013 (MM/DD/YYYY).
AURORA LOAN SERVICES LLC, by NATIONSTAR MORTGAGE LLC, its Attorney-in-Fact

By: _____
Daniel Thompson
Vice President of Loan Documentation

All Authorized Signatories whose signatures appear above are employed by NTC and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 9 / 10 /2013 (MM/DD/YYYY), by Daniel Thompson as Vice President of Loan Documentation for NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for AURORA LOAN SERVICES LLC, who, as such Vice President of Loan Documentation being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
Nicole Baldwin
Notary Public - State of FLORIDA
Commission expires:08/05/2016

Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

☐ No Mortgage Broker was involved in the placing of this loan.
Mortgage Broker's Name:
Address: , ,
License:

☐ No Mortgage Loan Originator was involved in the placing of this loan.
Mortgage Loan Originator's Name:
Address: , ,
License:

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

[POA] NSDAV       *C* -- NSDAV    DOCR         [C] FRMMA1



END OF DOCUMENT